SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ARIN C. HEINZ, MIB # P80252**
Assistant United States Attorney
Arin.Heinz@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**VINCENTE CORTES-QUIROZ,**

**Defendant.**

**3:26-cr-00077-AN**

**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Information filed in this case, the United States is seeking forfeiture of the following property:

NIGHTHAWK CUSTOM AAC Pistol, CAL:9, SN:NCP23869;
10 Rounds FEDERAL Ammunition CAL: 9;
400 Rounds Assorted Ammunition CAL: 300;
15 Rounds Assorted Ammunition CAL: 300;
35 Rounds Assorted Ammunition CAL: Assorted;
CHRISTENSEN ARMS (TDJ INC.) 14 Rifle CAL:300, SN:14M14345;
CHRISTENSEN ARMS (TDJ INC.) CA-15 G2 Rifle CAL:223, SN: GMT1128;
Q, LLC HONEY BADGER Rifle, CAL:300, SN: AA2646;
COLT CUSTOM GOVERNMENT Pistol, CAL: 45, SN: GV208675;
COLT DEFENDER Pistol, CAL: 9, SN: 9SCC08716;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38 SN: GV007397;

COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: ELJEFE121;
COLT GOVERNMENT Pistol, CAL: 38, SN: EL0M017;
CHRISTENSEN ARMS (TDJ INC.) 14 Rifle, CAL: 65, SN: CV77372;
COLT EL PATRON Pistol, CAL: 38, SN: ELPAT056;
COLT EL REY Pistol, CAL: 38, SN: ELR010;
COLT AZTEC Pistol, CAL: 38, SN: AZT093;
COLT EL CAPITAN Pistol, CAL: 38, SN: ELCAP375;
COLT MEXICAN HERITAGE Pistol, CAL: 38, SN: MEX445;
COLT DAY OF THE DEAD Pistol, CAL: 38 SN: 2937360;
COLT EL CENTAURO Pistol, CAL: 38, SN: ELCEN6985;
COLT GOLD CUP SUPER MATCH Pistol, CAL: 38, SN: 34751;
COLT GOLD CUP SUPER MATCH Pistol, CAL: 38, SN: 20044;
COLT GOLD CUP SUPER MATCH Pistol, CAL: 38, SN: 62820;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 64660;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 17190;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 2358;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 169163;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 43810;
COLT NATIONAL MATCH Pistol, CAL: 45, SN: C198748;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 118090;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 11684;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 2838889;
F.N. (FN HERSTAL) HI POWER Pistol, CAL: 9, SN: 7667A;
BROWNING 1911-22 Pistol, CAL: 22, SN: 51EZW02627;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 2870444;
10 Rounds CCI Ammunition CAL: 22;
8 Rounds ARMCO Ammunition CAL: 38;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 70S42864;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 70S32529;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 70S37530;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 44561;
COLT GOVERNMENT Pistol, CAL: 45, SN: 45348;
COLT GOVERNMENT Pistol, CAL: 380, SN: RC56388;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 6584;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: CS002277;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 37468
COLT GOVERNMENT Pistol, CAL: 38, SN: 70L13286;
COLT SUPER MATCH Pistol, CAL: 38, SN: 23490;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 15933;
BERETTA USA CORP M9A4 Pistol, CAL: 9, SN: BER835073;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 161998;
COLT SAM COLT LE COMM Pistol, CAL: 45, SN: 2845400;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 67174;
COLT SUPER MATCH Pistol, CAL: 38, SN: 33737;
COLT AZTEC Pistol, CAL: 38, SN: QTZ097;

COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 201584;
COLT EMILIANO ZAPATA Pistol, CAL: 38, SN: TME260;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 3762;
COLT SUPER 38 AUTOMATIC Pistol, CAL. 38, SN: 120562;
COLT GOVERNMENT Pistol, CAL: 38, SN: FR16654E;
COLT EL PRESIDENTE Pistol, CAL: 38, SN: EP056;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 128376;
8 Rounds ARMCO Ammunition, CAL: 38;
COLT AZTEC Pistol, CAL: 38, SN: QTZ096;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 185523;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 81395;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: CS002568;
COLT SUPER MATCH Pistol, CAL: 38, SN: 34801;
COLT DAY OF THE DEAD Pistol, CAL: 38, SN: DOD431:
COLT EL MATADORE Pistol, CAL: 38, SN: ELM017;
COLT GOVERNMENT Pistol, CAL: 38, SN: 38SS06422;
COLT AZTEC Pistol, CAL: 38, SN: REE075;
COLT GOVERNMENT Pistol, CAL: 38, SN: 70S47664;
COLT EL SARGENTO Pistol, CAL: 38, SN: ELS208;
COLT EL CENTAURO Pistol, CAL: 38, SN: ELCEN7304;
COLT GOVERNMENT Pistol, CAL: 38, SN: 38SS03680;
COLT SUPER 38 AUTOMATIC Pistol, CAL: 38, SN: 73423;
COLT GOVERNMENT Pistol, CAL: 38, SN: 9704;
COLT GOLD CUP NATL MATCH Pistol, CAL: 38, SN: 71N09361;
BROWNING SA-22 Rifle, CAL: 22, SN: 08150NT146;
BROWNING X-BOLT MEDALLION Rifle, CAL: 300, SN: 35689ZT354;
NORINCO (NORTH CHINA INDUSTRIES) 56S-1 Rifle, CAL: 762, SN: 521001;
2600 Rounds Assorted Ammunition, CAL: 38;
COLT MUSTANG Pistol, CAL: 380, SN: RR00743;
One 2019 Chevrolet Camaro, VIN 1G1FB1RX5K0156928, with its tools and appurtenances; and
One 2019 Ford E-350 Truck, VIN 1FDWE3FSXKDC15771, with its tools and appurtenances.

DATED: March 26, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

ARIN HEINZ
Assistant United States Attorney