**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**VICENTE CORTES QUIROZ,**

**Defendant.**

**3:26-cr-00077-AN**

**PRELIMINARY ORDER OF FORFEITURE AND FINAL ORDER OF FORFEITURE AS TO DEFENDANT VICENTE CORTES QUIROZ**

Defendant, Vicente Cortes Quiroz, entered into a plea agreement and pleaded guilty to Count One of the Information filed in this case.

In the forfeiture allegation of the Information in the above case, the United States sought forfeiture of any property of the defendant, Vicente Cortes Quiroz, pursuant to 18 U.S.C. § 934(a)(1), any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, and pursuant to 18 U.S.C. § 924(d), any firearm or ammunition involved in or used in any knowing violation of the offense.

Accordingly, it is ORDERED:

1. Based upon the defendant, Vicente Cortes Quiroz's plea of guilty to Count One of the Information, and pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 934(a)(1) and 924(d), the United States is authorized to seize the following property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

> One 2019 Chevrolet Camaro, VIN 1G1FB1RX5K0156928, with its tools and appurtenances; and
>
> One 2019 Ford E-350 Truck, VIN 1FT8W3BT9LED77119, with its tools and appurtenances.

2. The forfeited property is to be held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, or designee, in its secure custody during the pendency of this action.

3. Pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States shall publish on the official government internet site, www.forfeiture.gov, notice of this order, notice of the Bureau of Alcohol, Tobacco, Firearms, and Explosives' intent to dispose of the property in such manner as the United States may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property. The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief

sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. Upon entry of this Order, the United States is authorized to conduct discovery in identifying, locating, or disposing of the asset in accordance with Federal Rule of Criminal Procedure 32.2(b)(3).

5. Following the Court's disposition of all petitions filed, or if no such petitions are filed within the time prescribed by law, upon proof of publication and proof of notice to any persons known to have alleged an interest in the property, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee as provided in Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 14th day of August 2026.

Adrienne Nelson

HONORABLE ADRIENNE NELSON
United States District Judge

Respectfully Submitted,

SCOTT E. BRADFORD OSB #062824
United States Attorney

*/s/ Arin Heinz*
ARIN HEINZ, MIB # P80252
Assistant United States Attorney